439 F.2d 152
 Lonnie Cecil LAMBETH, Plaintiff-Appellant,
v.
FORD MOTOR COMPANY, Defendant-Appellee.
 No. 29490 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 26, 1971.
 
 Appeal from the United States District Court for the Northern District of Texas.
 Henry Stollenwerck, Dallas, Tex., for plaintiff-appellant.
 David S. Kidder, C. Robert Rainwater, Thompson, Knight, Simmons & Bullion, Dallas, Tex., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises v. Citizens Casualty Co. of N. Y., 431 F.2d 409, Part I (5th Cir. 1970)
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).